# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JOHN MICHAEL FERENC,

    Plaintiff,

v.                                                CASE NO. 4:10cv138-RH/WCS

STACEY HAYNES et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 47, and the objections, ECF No. 48. I have reviewed de novo the issues raised by the objections.

The recommendation is for dismissal of the amended complaint. The case raises a number of issues as set out in an earlier order, ECF No. 13, and the report and recommendation, ECF No. 47. I conclude that the damages claim against the individual defendants should be dismissed based on qualified immunity and that the other claims should be dismissed as set out in the report and recommendation. Accordingly,

IT IS ORDERED:

The clerk must enter judgment stating, "The plaintiff John Michael Ferenc's claims against all defendants are dismissed with prejudice." The clerk must close the file.

SO ORDERED on March 24, 2012.

<u>s/Robert L. Hinkle</u>
United States District Judge
